LISA CHARETTE *v.* HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
(SC 17571)

Sullivan, C. J., and Borden, Norcott, Katz and Zarella, Js.

Argued February 8—officially released March 14, 2006

*Robert A. Serafinowicz*, with whom, on the brief, was *John R. Williams*, for the appellant (plaintiff).

*Michael G. Durham*, with whom, on the brief, was *Brock T. Dubin*, for the appellee (defendant).

*Opinion*

PER CURIAM. The judgment is affirmed.